36 So.2d 250

James Durwood **BLACKSHEAR v. STATE.**

**4 Div. 511.**

Supreme Court of Alabama.
June 24, 1948.

A. A. Carmichael, Atty. Gen., and Jas. T. Hardin, Asst. Atty. Gen., for the petition.

Richard T. Rives, of Montgomery, and Douglas Brown, of Ozark, opposed.

LIVINGSTON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals, to review and revise the judgment and decision of that Court in the case of Blackshear v. State, 33 Ala.App. 576, 36 So.2d 244.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.